**\*E-FILED\***
**August 1, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T. CENA, et al., | No. C 06-03339 RS |
|     Plaintiffs, | |
|   v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| UNITED STATES OF AMERICA | |
|     Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the initial case management conference in the above-captioned matter currently set for August 23, 2006 at 2:30 p.m. is continued to **September 6, 2006 at 2:30 p.m.** The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form **no later than August 30, 2005**. The parties shall file a joint case management conference statement no later than August 30, 2006

IT IS SO ORDERED.

Dated: August 1, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Don Paul Badgley    donbadgley@badgleymullins.com, courtnotices@badgleymullins.com

David L. Denier    david.denier@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: August 1, 2006

                            CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                            By:    /s/BAK

**United States District Court**
For the Northern District of California