\*\*E-filed 2/2/07\*\*

Don Paul Badgley
**Admitted Pro Hac Vice**
Washington State Bar #457
Badgley~Mullins Law Group
701 5th Avenue, #4750
Seattle, WA 98104
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
E-mail: donbadgley@badgleymullins.com

Brian G. Isaacson
**Admitted Pro Hac Vice**
Washington State Bar #25921
Merriam & Isaacson, P.S.
701 Fifth Avenue, #5800
Seattle, WA 98104
Telephone: (206) 829-2500
Facsimile: (206) 829-2501
E-mail: briani@merriamisaacson.com

Attorneys for Joseph Cena and Dawn N. Hasegawa, Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH T. CENA and DAWN N. HASEGAWA<br><br>Plaintiffs,<br><br>V.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | Case No. C06-03339 JF<br><br>STIPULATION FOR ~~PROPOSED~~ ORDER TO CONTINUE HEARING DATE AND ORDER<br><br>Date: February 16, 2007<br>Time: 9:00am |

### STIPULATION

The parties hereto, by and through their respective counsel of record herein, stipulate and agree, that subject to the approval of the Court, the following deadlines be continued as stated herein:

BADGLEY ~ MULLINS
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

- 1 -

(1) the hearing date for all pending Motions for Summary Judgment scheduled for February 16, 2007 at 9:00 A.M., be rescheduled for the first available date of April 6th, 2007 at 9:00 A.M.

(2) the deadline for filing Plaintiffs' Opposition to Defendant's Cross Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment, be extended from February 2, 2007, to March 9, 2007;

(3) the deadline for filing Defendants' Reply to Plaintiff's Opposition to Defendant's Cross Motion for Summary Judgment be extended to March 23, 2007;

Respectfully Submitted:

Dated this 1st day of February, 2007

| BADGLEY~MULLINS LAW GROUP | ASSISTANT U.S. ATTORNEY |
|---|---|
| Don Paul Badgley<br>**Admitted Pro Hac Vice**<br>WSBA #457<br>701 Fifth Avenue, Ste 4750<br>Seattle, WA 98104<br>Telephone: 206-621-6566<br>Facsimile: 206-621-9686<br>Email: donbadgley@badgleymullins.com | David L. Denier<br>California State Bar No. 95024<br>9th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-6888<br>Facsimile: (415) 436-6748<br>E-mail: David.Denier@usdoj.gov |

BADGLEY ~ MULLINS
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

- 2 -

 (1) the hearing date for all pending Motions for Summary Judgment scheduled for February 16, 2007 at 9:00 A.M., be rescheduled for the first available date of April 6th, 2007 at 9:00 A.M.

 (2) the deadline for filing Plaintiffs' Opposition to Defendant's Cross Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment, be extended from February 2, 2007, to March 9, 2007;

 (3) the deadline for filing Defendants' Reply to Plaintiff's Opposition to Defendant's Cross Motion for Summary Judgment be extended to March 23, 2007;

Respectfully Submitted:

Dated this 1st day of February, 2007

| BADGLEY-MULLINS LAW GROUP | ASSISTANT U.S. ATTORNEY |
|---|---|
| *(signed)* Don Paul Badgley<br>**Admitted Pro Hac Vice**<br>WSBA #457<br>701 Fifth Avenue, Ste 4750<br>Seattle, WA 98104<br>Telephone: 206-621-6566<br>Facsimile: 206-621-9686<br>Email: donbadgley@badgleymullins.com | *(signed)*<br>David L. Denier<br>California State Bar No. 95024<br>9th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-6888<br>Facsimile: (415) 436-6748<br>E-mail: David.Denier@usdoj.gov |

BADGLEY ~ MULLINS
Law Group
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

- 2 -

TOTAL P.02

## ORDER

This matter having been presented upon the above stipulation and the Court having considered it, now therefore:

IT IS HEREBY ORDERED:

(1) the hearing date for all pending Motions for Summary Judgment scheduled for February 16, 2007 at 9:00 A.M., be rescheduled for the first available date of April 6th, 2007 at 9:00 A.M.

(2) the deadline for filing Plaintiffs' Opposition to Defendant's Cross Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment, be extended from February 2, 2007, to March 9, 2007;

(3) the deadline for filing Defendants' Reply to Plaintiff's Opposition to Defendant's Cross Motion for Summary Judgment be extended to March 23, 2007;

Dated this __2nd__ day of February, 2007

_____
The Honorable Jeremy Fogel
United States District Court Judge

- 3 -

BADGLEY ~ MULLINS
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686