**E-filed 10/4//07**

Don Paul Badgley
**Admitted Pro Hac Vice**
Washington State Bar #457
Badgley~Mullins Law Group
701 5th Avenue, #4750
Seattle, WA 98104
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
E-mail: donbadgley@badgleymullins.com

Brian G. Isaacson
**Admitted Pro Hac Vice**
Washington State Bar #25921
Merriam & Isaacson, P.S.
701 Fifth Avenue, #5800
Seattle, WA 98104
Telephone: (206) 829-2500
Facsimile: (206) 829-2501

Attorneys for Joseph Cena and Dawn N. Hasegawa, Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH T. CENA and DAWN N. HASEGAWA<br><br>Plaintiffs,<br><br>V.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | Case No. C06-03339 JF<br><br>(~~PROPOSED~~) ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT DATE<br><br>DATE: October 5, 2007<br>TIME: 9:00am A.M |

This matter having been presented by stipulation and the Court having considered it, now therefore:

IT IS HEREBY ORDERED:

(Proposed) Order
No. C06-03339 JF                                  - 1 -

**BADGLEY ~ MULLINS**
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

(1) the hearing date for all pending Motions for Summary Judgment in this matter scheduled for October 5, 2007 at 9:00 A.M., be rescheduled for the date of December 14, 2007 at 9:00 A.M., pending the outcome of *Norman v. United States*, Docket No. 06-16741 (9th Cir.).

Dated this __4th__ day of __October__, 2007.

_____
The Honorable Jeremy Fogel
United States District Court Judge

Presented by:

BADGLEY-MULLINS LAW GROUP

s/ Don Paul Badgley
WSBA #457
Badgley-Mullins Law Group
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
Telephone: 206-621-6566
Fax: 206-621-9686
Email: donbadgley@badgleymullins.com

MERRIAM & ISAACSON, P.S.

s/ Brian G. Isaacson
Washington State Bar #25921
Merriam & Isaacson, P.S.
701 Fifth Avenue, #5800
Seattle, WA 98104
Telephone: (206) 829-2500
Facsimile: (206) 829-2501

(Proposed) Order
No. C06-03339 JF           - 2 -

BADGLEY ~ MULLINS
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686