**e-FILED 12/12/07**

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER  (California State Bar No. 95024)
4  Assistant United States Attorney
   9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone:   (415) 436-6888
   Fax:          (415) 436-6748
7
8  Attorneys for the United States of America

9              UNITED STATES DISTRICT COURT FOR THE

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  **JOSEPH T. CENA and**              )
    **DAWN N. HASEGAWA,**               )    **No. C-06-03339-JF**
13                                      )
              **Plaintiffs,**           )
14        v.                            )    **STIPULATION AND ORDER**
                                        )    **VACATING HEARING ON CROSS-**
15  **UNITED STATES OF AMERICA**        )    **MOTIONS FOR SUMMARY**
                                        )    **JUDGMENT AND SCHEDULING**
16            **Defendant.**            )    **CASE MANAGEMENT CONFERENCE**
                                        )

17        The parties, by and through their respective counsel of record, hereby stipulate and agree

18  as follows:

19        1.      The parties filed cross-motions for summary judgment which were scheduled to

20  be heard on April 6, 2007.

21        2.      Because the parties agreed that the decision by the Ninth Circuit in *Norman v.*

22  *United States*, Docket No. 06-16741 (9th Cir. ), may be determinative of the issues raised in the

23  cross-motions, this Court continued the hearing on the cross-motions to October 5, 2007.

24        3.      Since the Ninth Circuit had not decided *Norman*, on October 4, 2007, the Court

25  continued the hearing on the cross-motions to December 14, 2007.

26        4.      At this time, the Ninth Circuit has not decided *Norman*.  The Ninth Circuit has not

27  even scheduled oral argument.

28  ///

Stip & Ord Vacating Hrg On Cross-Mot. For S/J &
Scheduling CMC (No. C-06-03339-JF            1

1    5.    For the foregoing reasons, the parties request that the hearing on the cross-motions

2  for summary judgment be vacated.  The hearing may be renoticed after the Ninth Circuit has

3  rendered its decision in *Norman*.

4    6.    The parties suggest that the case be scheduled for a further case management

5  conference on March 28, 2008, at 10:30 a.m.

6

7  Dated:  *12/06/07*

8    DON PAUL BADGLEY
   Badgley-Mullins Lew Group
9    Attorney for Plaintiffs

10

11    SCOTT N. SCHOOLS
   United States Attorney

12  Dated:

13    DAVID L. DENIER
   Assistant United States Attorney
14    Tax Division
   Attorneys for United States of America
15

16    ORDER

17    Pursuant to the stipulation of the parties and for good cause shown, the Court hereby

18  vacates the hearing on the parties' cross-motions for summary judgment scheduled for December

19  14, 2007, and schedules the case for a further case management conference on March 28, 2008,

20  at 10:30 a.m.  The parties are directed to file a joint case management statement by March 21,

21  2008.

22    ORDERED , this __12TH___ day of December, 2007, at San Jose, California.

23

24  Dated:    12/12/07

25    JEREMY FOGEL
   UNITED STATES DISTRICT JUDGE
26

27

28

1    5.    For the foregoing reasons, the parties request that the hearing on the cross-motions

2  for summary judgment be vacated.  The hearing may be renoticed after the Ninth Circuit has

3  rendered its decision in *Norman*.

4    6.    The parties suggest that the case be scheduled for a further case management

5  conference on March 28, 2008, at 10:30 a.m.

6

7

8  Dated:

                        DON PAUL BADGLEY

9                          Badgley-Mullins Lew Group
                        Attorney for Plaintiffs

10

11                         SCOTT N. SCHOOLS
                        United States Attorney

12 Dated: 12/6/07

13                         DAVID L. DENIER

14                         Assistant United States Attorney
                        Tax Division

15                         Attorneys for United States of America

16    ORDER

17    Pursuant to the stipulation of the parties and for good cause shown, the Court hereby

18 vacates the hearing on the parties' cross-motions for summary judgment scheduled for December

19 14, 2007, and schedules the case for a further case management conference on March 28, 2008,

20 at 10:30 a.m.  The parties are directed to file a joint case management statement by March 21,

21 2008.

22    ORDERED , this _____ day of December, 2007, at San Jose, California.

23

24 Dated:

25                         JEREMY FOGEL
                        UNITED STATES DISTRICT JUDGE

26

27

28