**E-filed 6/13/08**

Brian G. Isaacson
Washington Bar No. 25921
Isaacson & Wilson, P.S.
701 Fifth Avenue, Suite 5810
Seattle, WA  98104
Telephone: (206) 448-1011
Facsimile: (206) 448-1022
E-mail:  bgisaacson@isaacsonwilson.com
Attorney for Joseph Cena and Dawn Hasegawa, Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Joseph T. Cena and Dawn N. Hasegawa,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.  C06-03339 JF<br><br>REQUEST FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY<br><br>Date:  June 27, 2008<br>Time:  10:30 a.m. |

COMES NOW, Plaintiff's Counsel, Brian G. Isaacson, respectfully requests, pursuant to Civil L.R. 16-10(a) to appear via telephonically for the Case Management Hearing Conference, scheduled for June 27, 2008.

Dated this 3rd day of June, 2008.

*/s/  Brian G. Isaacson*
Brian G. Isaacson
Washington Bar No. 25921
Isaacson & Wilson, P.S.
701 Fifth Avenue, Suite 5810
Seattle, WA  98104
Telephone: (206) 448-1011
Facsimile: (206) 448-1022

IT IS SO ORDERED. 6/13/08

[signature]

REQUEST FOR PLAINTIFF'S COUNSEL
TO APPEAR TELEPHONICALLY

CERTIFICATE OF SERVICE

     I, Brian G. Isaacson, hereby certify that on June 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

David L. Denier
David.denier@usdoj.gov

Jay Weill
Jay.weill@usdoj.gov

Kevin Ryan
Kevin.ryan@usdjoy.gov

*/s/  Brian G. Isaacson*
Brian G. Isaacson

REQUEST FOR PLAINTIFF'S COUNSEL
TO APPEAR TELEPHONICALLY

ISAACSON & WILSON, P.S.
701 Fifth Avenue, Suite 5810
Seattle, Washington 98104
Telephone:  (206) 448 1011