Brian G. Isaacson
Washington Bar No. 25921
Isaacson & Wilson, P.S.
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
Telephone: (206) 448-1011
Facsimile: (206) 448-1022
E-mail: bgisaacson@isaacsonwilson.com
Attorney for Joseph Cena and Dawn Hasegawa, Plaintiffs

**E-Filed 9/9/08**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Joseph T. Cena and Dawn N. Hasegawa,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C06-03339 JF<br><br>ORDER GRANTING REQUEST FOR PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY<br><br>Date: September 26, 2008<br>Time: 10:30 a.m. |

COMES NOW, Plaintiff's Counsel, Brian G. Isaacson, respectfully requests, pursuant to Civil L.R. 16-10(a) to appear via telephonically for the Case Management Hearing Conference, scheduled for September 26, 2008.

Dated this 5th day of September, 2008.

/s/ Brian G. Isaacson
Brian G. Isaacson
Washington Bar No. 25921
Isaacson & Wilson, P.S.
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
Telephone: (206) 448-1011
Facsimile: (206) 448-1022

IT IS SO ORDERED.

DATED: 9/9/08

JEREMY FOGEL, U.S. DISTRICT JUDGE

REQUEST FOR PLAINTIFF'S COUNSEL
TO APPEAR TELEPHONICALLY

ISAACSON & WILSON, P.S.
1200 Fifth Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 448 1011

CERTIFICATE OF SERVICE

I, Brian G. Isaacson, hereby certify that on September 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

David L. Denier
David.denier@usdoj.gov

Jay Weill
Jay.weill@usdoj.gov

Kevin Ryan
Kevin.ryan@usdjoy.gov

*/s/ Brian G. Isaacson*
Brian G. Isaacson

REQUEST FOR PLAINTIFF'S COUNSEL
TO APPEAR TELEPHONICALLY

ISAACSON & WILSON, P.S.
1200 Fifth Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 448 1011