1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    DAVID L. DENIER  (CSBN 95024)
4   Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone:   (415) 436-6888
     Fax:         (415) 436-6748
7
    Attorneys for the United States of America
8
                    UNITED STATES DISTRICT COURT FOR THE
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN JOSE DIVISION
11
    **JOSEPH T. CENA and**            )
12  **DAWN N. HASEGAWA,**             )        No. C-06-03339-JF
                                      )
13          **Plaintiffs,**           )
          **v.**                      )        <u>**STIPULATION AND ORDER**</u>
14                                    )
    **UNITED STATES OF AMERICA**      )
15                                    )
            **Defendant.**            )
16  _____  )

17          IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Joseph T. Cena

18  and Dawn N. Hasegawa and defendant United of States of America, through their undersigned

19  attorneys, as follows:

20          1.      On May 19, 2006, plaintiffs filed a complaint seeking a tax refund in the amount

21  of $85,478 with respect to their 2001 federal income tax return.

22          2.      In a Joint Case Management Statement filed on November 9, 2006, the parties

23  agreed that there were no factual issues in dispute and that the sole legal issue in dispute was

24  whether the capital loss limitations of I.R.C. §§ 1211 and 1212 apply for purposes of calculating

25  alternative minimum taxable income.  The parties informed the Court that the same issue was

26  presented to this Court in *Paul Norman v. United States*, Docket No. 05-02059-RMW.  In that

27  case, an Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's

28  Motion for Summary Judgment was entered July 19, 2006.  A timely Notice of Appeal was filed

1    September 18, 2006.  The case was docketed before the Ninth Circuit as *Paul Norman v. United*

2    *States*, Docket No. 06-16741.

3    　　　　3.　　　The parties filed cross-motions for summary judgment which were scheduled to

4    be heard on April 6, 2007.

5    　　　　4.　　　Because the parties agreed that the decision by the Ninth Circuit in *Paul Norman*

6    *v. United States*, Docket No. 06-16741 (9th Cir.), may be determinative of the issues raised in the

7    cross-motions, this Court continued the hearing on the cross-motions.

8    　　　　5.　　　The *Norman* case was argued and submitted to the Ninth Circuit panel on June 3,

9    2008.  In an unpublished Memorandum Opinion filed July 29, 2008, affirming the district court,

10   the Ninth Circuit held that Norman's "AMT capital losses are deductible only directly against

11   AMT income, and that deduction is capped at $3,000 in excess of AMT capital gains pursuant to

12   § 1211(b)."  A copy of the Memorandum Opinion is attached hereto as <u>Exhibit A</u>.

13   　　　　6.　　　After a further Case Management Conference on September 26, 2008, the Court

14   reinstated the cross-motions for summary judgment and directed counsel to set the case for oral

15   argument.  The parties were permitted to file additional letter briefs not to exceed five pages.

16   　　　　7.　　　The parties hereby now stipulate and agree that the Ninth Circuit's Memorandum

17   Opinion in *Paul Norman v. United States*, Docket No. 06-16741 (9th Cir.), controls the issues

18   raised in the cross-motions and agree to be bound by the Ninth Circuit's reasoning and holding in

19   that case.

20   　　　　8.　　　Plaintiffs, however, contend that the holding in *Norman* results in a small refund

21   due to them.  The government will consider the plaintiffs' contention.  The parties agree that

22   plaintiffs will submit to the government a calculation of the refund to which they believe they are

23   entitled on or before October 24, 2008.  The government then will have an IRS agent review

24   plaintiff's calculation to determine whether it agrees.  If the parties are in agreement, the case

25   will be settled.  If the parties disagree, the Court will be required to resolve the dispute.

26   　　　　9.　　　 The parties suggest that the case be set for a further Case Management

27   Conference on November 28, 2008, to report on the status of the plaintiffs' refund calculation.

28   ///

Stipulation And Order
(No. C-06-03339-JF)　　　　　　　　2

1

2

3    Dated: October 8, 2008_____    /s/ Brian G. Isaacson
                                             BRIAN G. ISAACSON
4                                            Isaacson & Wilson, P.S.
                                             Attorney for Plaintiffs
5

6                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
7

8    Dated: October 9, 2008                  /s/ David L. Denier
                                             DAVID L. DENIER
9                                            Assistant United States Attorney
                                             Tax Division
10                                           Attorneys for United States of America

11

12                                   ORDER

13           Pursuant to the Stipulation of the parties and for good cause shown, the Court hereby

14   vacates its order to set the case for oral argument on the cross-motions for summary judgment
                                                        December 5,
15   and schedules the case for a further case management conference on ~~November 28~~, 2008, at

16   10:30 a.m.  The parties are directed to file a joint case management statement by November 21,

17   2008.

18           ORDERED this ____16th____ day of October, 2008, at San Jose, California.

19

20

21                                           _____

22                                           JEREMY FOGEL
                                             United States District judge

23

24

25

26

27

28

Stipulation And Order
(No. C-06-03339-JF)                  3