Brian G. Isaacson
Washington Bar No. 25921
Isaacson & Wilson, P.S.
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
Telephone: (206) 448-1011
Facsimile: (206) 448-1022
E-mail: bgisaacson@isaacsonwilson.com
Attorney for Joseph Cena and Dawn Hasegawa, Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH T. CENA and DAWN N. HASEGAWA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. C06-03339 JF <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Joseph T. Cena and Dawn N. Hasegawa and Defendant United States of America, through their undersigned attorneys, that the instant action is dismissed with prejudice, and that the parties are to bear their own respective costs and attorneys' fees.

///

STIPULATION AND ORDER
OF DISMISSAL

ISAACSON & WILSON, P.S.
1200 Fifth Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 448 1011

Dated November 19, 2008.

/s/ Brian G. Isaacson
Brian G. Isaacson (WSBA No. 25921)
Isaacson & Wilson, P.S.
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
Telephone: (206) 448-1011
Facsimile: (206) 448-1022
Attorney for Plaintiffs

Dated November 19, 2008.

/s/ David L. Denier
David L. Denier (CSBN 95024)
Assistant United States Attorney
Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6888
Facsimile: (415) 436-6748
Attorney for Defendant

## ORDER

Pursuant to the Stipulation of the parties, through their respective attorneys of record, that the instant action is dismissed with prejudice, and that the parties are to bear their own respective costs and attorneys' fees,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

ORDERED this 21st day of November, 2008.

JEREMY FOGEL
United States District Judge

STIPULATION AND ORDER
OF DISMISSAL

ISAACSON & WILSON, P.S.
1200 Fifth Avenue, Suite 1900
Seattle, Washington 98101
Telephone: (206) 448 1011